IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JIMMIE LEE JOSHUA, JR.,

    Plaintiff,

v.

CORRECTIONAL OFFICER ROGERS, et al.

    Defendants.

ORDER

Case No. 25-cv-428-wmc

---

Plaintiff Jimmie Lee Joshua, Jr., a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983. Plaintiff has also filed a certified copy of a trust fund account statement in support of the motion for leave to proceed without prepaying the fee.

In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I find that plaintiff does not qualify as indigent and must prepay the $405 fee for commencing this action.

ORDER

IT IS ORDERED that plaintiff Jimmie Lee Joshua, Jr.'s petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiff must pay the $405 fee no later than July 31, 2025. If plaintiff fails to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 3rd day of July, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge